UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCLAREN REGIONAL MEDICAL
CENTER,

                Plaintiff,                          Case Number 16-14268

v.                                          Honorable David M. Lawson

COMPLETERX, LTD.,

                Defendant.

_____/

## ORDER DENYING MOTION TO STAY

This matter is before the Court on the defendant's motion to stay the proceedings in this case pending the outcome of a Texas state court litigation involving the same parties. The Court has reviewed the submissions of the parties and heard oral argument on April 26, 2017. At the end of the hearing the Court announced from the bench its decision to deny the motion.

Accordingly, it is **ORDERED** that the defendant's motion to stay [dkt. #28] is **DENIED** for the reasons stated on the record.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated:  April 26, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 26, 2017.

                s/Susan Pinkowski
                SUSAN PINKOWSKI